MHN

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PIA BERNARDI, by her Guardian and Next Friend, GIOVANNA BERNARDI; and GIOVANNA BERNARDI, <br> Plaintiffs, <br><br> vs. <br><br> LAKE COUNTY HOUSING AUTHORITY a Municipal Corporation, and DAVID NORTHERN, in his official capacity as Executive Director of the Lake County Housing Authority, <br> Defendants. | No.: 09 CV 628 <br> Judge: Der-Yeghiayan |

### TEMPORARY RESTRAINING ORDER

THE COURT, having been advised by the parties, finds that the Plaintiffs have a reasonable likelihood of success on the merits and will suffer irreparable harm unless this Court grants a TEMPORARY RESTRAINING ORDER as follows:

1. The Defendants, Lake County Housing Authority and David Northern, are hereby enjoined and prohibited from terminating Plaintiffs' "Section 8" housing assistance benefits.

2. Robin Miller and Bonita Miller are enjoined and prohibited from advertising for tenants to lease the housing currently leased and occupied by Plaintiffs.

3. The hearing on the Motion for Temporary Restraining Order is continued to February 11, 2009 at 9:00 a.m. before Judge Samuel Der-Yeghiayan or such other Judge that maybe sitting in the Judge's place and stead.

4. This Order shall expire on February 12, 2009 at __5:00__ o'clock pm.

Date: February 2, 2009 at _5_ o'clock p.m.

Enter _____

Judge Wayne Anderson
U.S. District Court Judge